IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTHA POE, in her own right and as parent and natural guardian of S. POE, a minor,<br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>SOUTHEAST DELCO SCHOOL DISTRICT, MICHAEL A. P. JORDAN, ASHWINA MOSAKOWSKI, and PAUL F. HOCSHWENDER,<br>　　　　　　Defendants. | CIVIL ACTION<br><br>No. 15-2369 |

## ORDER

This 16th day of December, 2015, upon consideration of the Motion to Dismiss by Defendants Southeast Delco School District and Ashwina Mosakowski, and Plaintiffs' Response thereto, it is **ORDERED** that Count III of Plaintiffs' Complaint is **DISMISSED** as to the District ONLY. In all other respects, Defendants' Motion to Dismiss is **DENIED.**

　　　　　　　　　　　　　　　　　　　　　　　/s/ Gerald Austin McHugh
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge