**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARTHA POE, in her own right** | : | |
| **and as parent and natural guardian of S. Poe** | : | |
| **a minor** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 15-2369** |
| | : | |
| **SOUTHEAST DELCO SCHOOL DISTRICT,** | : | |
| **et al.** | | |

## <u>ORDER</u>

This 7th day of June, 2018, it is hereby **ORDERED** that Plaintiff's Petition for Attorney

Fees and Costs is **GRANTED** for the reasons set forth in the accompanying Memorandum.

Fees are awarded in the total amount of $80,107.25, and costs are to be reimbursed in the

total amount of $24,957.46.


         /s/ Gerald Austin McHugh
United States District Judge